UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No.  CV 25-01909-SK | Date: July 14, 2025 |
| Title  Alejandro Gonzalez v. F21 Opco LLC | |

Present: The Honorable:  Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| None present | None present |

**Proceedings:**   (IN CHAMBERS) **ORDER DISMISSING COMPLAINT**

On **June 11, 2025**, the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution. (ECF 9). A response to the Order to Show Cause was ordered to be filed no later than **June 25, 2025**. No timely response having been filed to the Court's Order to Show Cause, IT IS ORDERED AND ADJUDGED that the complaint (ECF 1) is dismissed without prejudice for lack of prosecution and for failure to comply with the orders of the Court. *See* L.R. 41.

IT IS SO ORDERED.